UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN DEON CRAWFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>GODSWIND,<br><br>  Defendant. | No. 2:25-cv-0671-CKD P<br><br>ORDER |

Plaintiff, a state prisoner, proceeds pro se and in forma pauperis with this civil rights action under 42 U.S.C. § 1983. By order signed on July 21, 2025, the Court ordered plaintiff to provide the court with documents necessary for service of process on the defendant within 30 days. (ECF No. 8.) The Court informed plaintiff that failure to return the documents within the time permitted would result in a recommendation that this action be dismissed for failure to prosecute based on Rule 41(b) of the Federal Rules of Civil Procedure. (Id. at 3.) The time granted for plaintiff to provide the documents necessary for service on defendant has expired and plaintiff has not complied with the court's order or otherwise communicated with the court.

Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction,

1

> improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

Id. Plaintiff is hereby cautioned that failure to respond to this order will result in a recommendation that this case be dismissed. With this caution in place, plaintiff is granted another 30 days from the date of this order to provide the documents necessary for service of process.

Good cause appearing, IT IS ORDERED as follows:

1. Within 30 days, plaintiff shall comply with the court's order dated July 21, 2025.
2. Failure to respond to this order will result in a recommendation to dismiss this case pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Dated: December 8, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, craw0671.nousm

2