UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN DEON CRAWFORD, | No. 2:25-cv-00671-DC-CKD (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| GODSWIND, | (ECF No. 12) |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 2, 2026, the magistrate judge filed findings and recommendations (ECF No. 12) which were served on plaintiff and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations issued on March 2, 2026 (ECF No. 12) are ADOPTED;

1

2. This action is DISMISSED without prejudice based on plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 29, 2026**

Dena Coggins
United States District Judge

2